

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

1810323

DEBTOR(S):

JEREMY RICHARD HUBERT

MANDI MARIE HUBERT

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 14 IN THE AMOUNT OF $956.36

CREDITOR'S SIGNATURE:

/s/ Susan Gaines

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of MHC Receivables, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

1/7/2022